Lionel J. Hirsch, appellant, v. Yellow Cab Company, appellee. Gen. No. 33,795.

 Heard in the third division of this court for the first district at the October term, 1929. Friend, J., not participating. Opinion filed October 29, 1930.

Blake & Burns, for appellant; Harris J. Blake, Jr., of counsel. Samuels, Costello & Greenberg, for appellee; John W. Costello and Edward Wolfe, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Kate Rusk and David Rusk, appellees, v. Francis Allen, appellant. Gen. No. 33,807.

 Heard in the third division of this court for the first district at the October term, 1929. Friend, J., not participating. Opinion filed October 29, 1930. Rehearing denied November 10, 1930.

Edward L. England, for appellant. Ernest C. Reniff, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

Gertrude Hesser, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 33,877.

Heard in the third division of this court for the first district at the October term, 1929. Friend, J., not participating. Opinion filed October 29, 1930.

Brown, Fox & Blumberg, for appellants; Frank L. Kriete, John E. Kehoe, Charles LeRoy Brown and James L. Coleman, of counsel. Murphy O. Tate, for appellee.

Mr. Justice Hebel delivered the opinion of the court.